IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL TURNER, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO.  00-2099 |
| | : | |
| MICHAEL WENEROWICZ, | : | |
| Respondent. | : | |

**MEMORANDUM ORDER**

The petitioner in this case has filed an Application for Equitable Tolling.  He has failed to show, however, that there was any extraordinary way in which he was prevented from asserting his rights.  Indeed, there is no indication that he ever notified this court of any change of address.  From December 11, 2013 until he filed this present application on January 28, 2015, the petitioner has offered no explanation as to his residence and has certainly failed to show that he was misled by defendant, had timely asserted his rights mistakenly in another forum, or as previously stated, been prevented from asserting his rights in some extraordinary way.

**AND NOW**, this 11th day of March, 2015, it is hereby **ORDERED** that petitioner's application for equitable tolling (Docket No. 30) is **DENIED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.